United States District Court
Southern District of Texas
**ENTERED**
February 24, 2022
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

Nicholas David Mosquera, §
    Petitioner, §
§
v. §
§ Civil Action H-21-4201
Rand Henderson, §
Sheriff, §
    Respondent. §

# Order of Adoption

On January 14, 2022, Magistrate Judge Peter Bray recommended that the court dismiss Nicholas David Mosquera's petition for writ of habeas corpus for failure to exhaust his state court remedies. (5) No objections were filed. The court adopts the report and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed on February 24, 2022, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge